UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| **MAGGIE KINSLER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **GROUP LONG TERM DISABILITY** ) | **Civ. Action No. 3:08-cv-1203** |
| **INSURANCE FOR EMPLOYEES OF** ) | **Judge Trauger** |
| **MEDSOLUTIONS, INC.,** ) | |
| **MEDSOLUTIONS, INC., and LINCOLN** ) | |
| **NATIONAL LIFE INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Maggie Kinsler, and the Defendant, The Lincoln National Life Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice to the refilling of the same.

Each party shall bear their own attorneys fees and costs.

Dated: November 4, 2009.

Respectfully submitted,

/s/ John M. Scannapieco
John M. Scannapieco (BPR No. 14473)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2352

*Attorneys for Defendant, The Lincoln National Life Insurance Company*

/s/ D. Seth Holliday (w/ permission JS)
D. Seth Holliday (BPR No. 23136)
ERIC BUCHANAN & ASSOCIATES, LLP
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506

*Attorneys for the Plaintiff, Maggie Kinsler*